IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:13CR107 |
| vs. | |
| VINCENT DIBERARDINO, | ORDER |
| Defendants. | |

This matter is before the Court on Defendant's Unopposed Motion to Vacate Bond Order and Conditions. ([Filing No. 603](#).) Defendant has pled in Nebraska, served his sentence, and is on supervised release. Defendant has satisfied his obligations in regards to the bond initially established in this case.

Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion to Vacate Bond Order and Conditions ([Filing No. 603](#)) is granted. Defendant's bond order in the United States District Court for the District of Connecticut ([Filing No. 69-8](#)) that was adopted in Nebraska is hereby vacated.

Dated this 4th day of May, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge