IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>VINCENT DIBERARDINO,<br><br>        Defendant. | **8:13CR107**<br><br>**ORDER** |

This matter comes before the Court on its own motion regarding the surety bond paperwork. Filing No. 631. On April 14, 2022, the United States District Court for the District of Connecticut returned the bond package relating to defendant Vincent Diberardino. Filing No. 631 at 1. Upon review, the Court concludes the bond package should be returned to Diberardino.

IT IS ORDERED:

1. The Clerk's Office shall mail the surety bond package, Filing No. 631, to the defendant, Vincent Diberardino, c/o his attorney, Stuart J. Dornan, Dornan Law Team, 1403 Farnam Street, Suite 232, Omaha, Nebraska 68102.

Dated this 29th day of April, 2022.

                                BY THE COURT:

                                s/ Joseph F. Bataillon
                                Senior United States District Judge

1